IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jack Kemper, | NO. C 06-05253 JW |
|         Plaintiff,<br>v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Crown Asset Management, LLC et al., | |
|         Defendants.<br>_____/ | |

On February 26, 2007, on the date of the hearing of Plaintiff's Motion for Default Judgment, Plaintiff's counsel informed the Court that the above entitled action has settled. Counsel informed the Court that Plaintiff shall shortly file its dismissal paperwork. To date, nearly three and a half months later, Plaintiff has failed to file the necessary dismissal paperwork. In light of counsel's representation regarding settlement, the Court vacates all trial and pretrial dates. On or before **June 18, 2007**, Plaintiff shall file a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 25, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **June 18, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  June 12, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jeremy Scott Golden jeremy@efaganlaw.com

| **Dated:  June 12, 2007** | **Richard W. Wieking, Clerk** |
|---|---|
| | **By:** _____ |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |